CMR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNTRINE SUMMERS,<br>Plaintiff, | |
| v. | CIVIL ACTION<br>No. 13-4122 |
| CHERSTER PIKE AUTO SALES, et al.,<br>Defendants | |

FILED
NOV 13 2013

## ORDER

**AND NOW**, this 13th day of November 2013, upon consideration of Plaintiff's Motion for Extension of Time (Doc. No. 14), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall have 21 days from the date of this Court's denial of Plaintiff's Motion for Sanctions (Doc. No. 13) to respond to the Second Amended Answer. Plaintiff therefore must respond to the Second Amended Answer no later than November 27, 2013.

**IT IS SO ORDERED.**

11-14-13

BY THE COURT:

Cynthia M. Rufe, J.